**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Steven GADDY, Defendant– Appellant.**

**No. 15–6659.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 24, 2015.

Mark Steven Gaddy, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Steven Gaddy appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gaddy,* No. 4:12–cr–00745–RBH– 8 (D.S.C. Apr. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*